HALSEY DIAKOW (DC Bar # 90027466)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
Telephone: (202) 307-2251
Fax: (202) 307-0054
Halsey.Diakow@usdoj.gov
Western.taxcivil@usdoj.gov

*Counsel for the United States*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE FULLER LAW FIRM, a Professional Corporation,<br><br>   Plaintiff,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF TREASURY, INTERNAL REVENUE SERVICE; RD CAPITAL, LLC; and DOES 1-20,<br><br>   Defendants. | Case No. 5:25-cv-8611<br><br>**NOTICE OF REMOVAL**<br><br>**Removed from the Superior Court of California, County of Santa Clara (Case No. 25CV473713)** |

Pursuant to 28 U.S.C. §§ 1441, 1442, 1444 and 1446, the United States of America, on its behalf and on behalf of named defendant United States Department of Treasury, Internal Revenue Service, hereby removes this matter to the United States District Court for the Northern District of California. The grounds for removal are as follows:

1. On August 26, 2025, The Fuller Law Firm initiated this interpleader action in the Superior Court of California, County of Santa Clara, as case number 25CV473713. A copy of each of the state court documents currently in possession of the United States, including the First Amended Complaint in Interpleader, is attached as Exhibit A.

2. Plaintiff alleges that it filed a bankruptcy petition on behalf of Michael A. Ward in the U.S. Bankruptcy Court for the Northern District of California on or about December 1, 2022. Plaintiff further alleges that at the time the petition was filed, Ward owned real property (located at 4351 Daltons Landing in Ashton, Idaho) that became an asset of the bankruptcy estate, and the real property was encumbered by liens in favor of named defendants IRS and RD Capital. Plaintiff alleges that the RD Capital lien was junior to the IRS lien.

3. Plaintiff additionally alleges that the bankruptcy court authorized sale of the property free and clear of the liens of the IRS and RD Capital, and, pursuant to the order, the liens of the IRS and RD Capital attached to the proceeds of the sale in the same order of priority.

4. Plaintiff alleges the property was sold and the proceeds were turned over to Plaintiff. Plaintiff does not claim ownership or interest in any of the proceeds, except for statutory attorney fees for bringing this interpleader action.

5. Plaintiff alleges it is unable to resolve a dispute between the IRS and RD Capital as to the priority and amount of the liens claimed against the proceeds.

6. Plaintiff seeks to be discharged from liability with respect to the proceeds. Plaintiff also requests the Defendants be ordered to settle the dispute as to their claims, the Court determine the Defendants' respective rights and duties in relation to the proceeds, and a restraining order be issued restraining the IRS and RD Capital from instituting further claims against Plaintiff concerning the proceeds.

7. The United States has an interest in the proceeds from the sale of the property by virtue of a federal tax lien upon the property pursuant to 26 U.S.C. § 6321.

8. This action may be removed to federal district court pursuant to 28 U.S.C. § 1442(a)(1) because it is a civil action commenced in a state court against an agency of the United States related to the collection of revenue.

9. This action may also be removed to federal district court pursuant to 28 U.S.C. § 1441(a) because it is an action involving claims affecting federal tax liens, which must be resolved pursuant to federal law. *See* 28 U.S.C. § 1331.

10. This action may also be removed under 28 U.S.C. § 1444 because it was brought in state court against the United States as a civil interpleader. *See* 28 U.S.C. § 2410(a)(5).

11. The filings in this case were delivered via certified mail to the United States Attorney for the Northern District of California on September 17, 2025. This notice is being filed within 30 days of service; therefore, removal is timely and is being filed in accordance with the requirements provided in 28 U.S.C. § 1446(b)(1).

12. In compliance with 28 U.S.C. § 1446(a), the United States is filing with this notice a copy of the pleadings and other documents filed in this case with the state court.

13. A copy of this notice shall be filed with the Superior Court of California in the County of Santa Clara, and written notice shall be provided to all known parties. *See* 28 U.S.C. § 1446(d).

14. By filing this notice, the United States does not waive any of its defenses listed in Federal Rule of Civil Procedure 12.

WHEREFORE, notice is given that the above-captioned action now pending in the Superior Court of California in the County of Santa Clara, case number 25CV473713, has been removed to this Honorable Court.

Respectfully submitted.

Date:   October 8, 2025

/s/ Halsey Diakow
HALSEY DIAKOW
Trial Attorney, Tax Division
U.S. Department of Justice
*Counsel for the United States*

# CERTIFICATE OF SERVICE

I certify that on October 8, 2025, I caused to be mailed a copy of the foregoing via First Class Mail to the following parties at the following addresses:

The Fuller Law Firm
c/o Law Office of Lapin & Taherian
910 Pleasant Grove Blvd., Suite 120
Roseville, CA 95678-6188

RD Capital, LLC
330 Tres Pinos Rd Ste F4
Hollister, CA 95023-5579

RD Capital, LLC
4242 John Smith Road
Hollister, CA 95023-9711

DATED: October 8, 2025                     /s/ Halsey Diakow
                                           HALSEY DIAKOW
                                           Trial Attorney, Tax Division
                                           U.S. Department of Justice