HALSEY DIAKOW (DC Bar # 90027466)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
Telephone: (202) 307-2251
Fax: (202) 307-0054
Halsey.Diakow@usdoj.gov
Western.taxcivil@usdoj.gov

*Counsel for the United States*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE FULLER LAW FIRM, a Professional Corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF TREASURY, INTERNAL REVENUE SERVICE; RD CAPITAL, LLC; and DOES 1-20,<br><br>Defendants. | Case No. 5:25-cv-8611<br><br>**MOTION FOR STAY OF ALL CASE DEADLINES IN LIGHT OF LAPSE OF APPROPRIATIONS** |

The United States of America, on its behalf and on behalf of named Defendant United States Department of Treasury, Internal Revenue Service, hereby moves for a stay of all case deadlines in the above-captioned case.

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The same is true for the majority of other Executive agencies, including the named federal Defendant. The Department does not know when such funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys and employees of the named federal Defendant are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of all case deadlines until Congress has restored appropriations to the Department.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations – i.e., each deadline would be extended by the total number of days of the lapse in appropriations.

5. Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of all case deadlines in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Respectfully submitted.

Date:  October 8, 2025

/s/ Halsey Diakow
HALSEY DIAKOW
Trial Attorney, Tax Division
U.S. Department of Justice
*Counsel for the United States*

# CERTIFICATE OF SERVICE

I certify that on October 8, 2025, I caused to be mailed a copy of the foregoing via First Class Mail to the following parties at the following addresses:

The Fuller Law Firm
c/o Law Office of Lapin & Taherian
910 Pleasant Grove Blvd., Suite 120
Roseville, CA 95678-6188

RD Capital, LLC
330 Tres Pinos Rd Ste F4
Hollister, CA 95023-5579

RD Capital, LLC
4242 John Smith Road
Hollister, CA 95023-9711

DATED: October 8, 2025

*/s/ Halsey Diakow*
HALSEY DIAKOW
Trial Attorney, Tax Division
U.S. Department of Justice