IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| THE FULLER LAW FIRM, a Professional Corporation,<br><br>     Plaintiff,<br><br>     v.<br><br>UNITED STATES DEPARTMENT OF TREASURY, INTERNAL REVENUE SERVICE; RD CAPITAL, LLC; and DOES 1-20,<br><br>     Defendants. | Case No. 5:25-cv-8611-NW<br><br>~~[PROPOSED]~~ **ORDER AUTHORIZING DEPOSIT OF INTERPLEADER FUNDS AND VACATING CASE MANAGEMENT DEADLINES** |

Plaintiff The Fuller Law Firm, Defendant RD Capital, LLC, and Defendant United States of America, on its behalf and on behalf of United States Department of Treasury, Internal Revenue Service stipulated and requested an order authorizing deposit of interpleader funds transferred from Santa Clara Superior Court and vacating case management deadlines. The interpleader funds are surplus proceeds from the sale of real property at 4351 Daltons Landing, Ashton, Idaho, 83420, which was sold pursuant to an order of the United States Bankruptcy Court for the Northern District of California.

Based on the parties' stipulation, it is hereby ORDERED that:

1. All pending case management deadlines are vacated.

2. The Clerk of the Court is authorized and directed to deposit interpleader funds received from Santa Clara Superior Court into the Court's registry.

3. The United States is entitled to the full balance of the proceeds, including any accrued interest, resulting from the sale by virtue of its federal tax lien.

4. The Fuller Law Firm has no interest in the proceeds.

5. RD Capital, LLC has no interest in the proceeds.

6. After the funds are received from the Santa Clara Superior Court, a separate order will be issued authorizing and directing distribution of the funds in accordance with the parties' stipulation.

7. This case is hereby resolved in its entirety.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: March 24, 2026

By: _____
NOEL WISE
United States District Judge

[Proposed] Order
Case No. 5:25-cv-8611-NW

2