**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE FULLER LAW FIRM, a Professional Corporation, | Case No. 5:25-cv-8611-NW |
| Plaintiff, | [PROPOSED] ORDER DISTRIBUTING INTERPLEADER FUNDS |
| v. | |
| UNITED STATES DEPARTMENT OF TREASURY, INTERNAL REVENUE SERVICE; RD CAPITAL, LLC; and DOES 1-20, | |
| Defendants. | |

Plaintiff The Fuller Law Firm, Defendant RD Capital, LLC, and Defendant United States of America, on its behalf and on behalf of United States Department of Treasury, Internal Revenue Service stipulated and requested an order distributing the surplus proceeds from the sale of real property at 4351 Daltons Landing, Ashton, Idaho, 83420, which was sold pursuant to an order of the United States Bankruptcy Court for the Northern District of California.

Based on the parties' stipulation, it is hereby ORDERED that:

1. The United States is entitled to the full balance of the proceeds, including any accrued interest, resulting from the sale by virtue of its federal tax lien.

2. The Fuller Law Firm has no interest in the proceeds.

[Proposed] Order
Case No. 5:25-cv-8611-NW

1

3. RD Capital, LLC has no interest in the proceeds.

4. Upon receipt of the interpleader funds from the Santa Clara Superior Court, the Clerk of the Northern District of California is authorized and directed to disburse to the United States the full amount of the proceeds, $294.887.24, plus any accrued interest.

5. The United States shall receive the sum of $294,887.24, plus any accrued interest, by electronic transfer to the United States Department of Justice. The Clerk shall contact Counsel for the United States for electronic transfer instructions, indicating whether the Court prefers to use IPAC or FedWire.

6. This case is hereby resolved in its entirety.

7. Once the interpleader funds in the Court's registry have been disbursed in accordance with Paragraphs 4 and 5 above, the parties shall jointly move the Court to dismiss this action with prejudice, with the parties agreeing to bear their own costs of litigation, including reasonable attorneys' fees.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: ___March 24, 2026___          By: _____

NOEL WISE
United States District Judge

[Proposed] Order          2
Case No. 5:25-cv-8611-NW